# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

| In Re: | RUTH A. RUSH | | Case Number: 04-72804 |
|---|---|---|---|
| | 1204 - 30TH STREET | SSN-xxx-xx-2617 | |
| | ROCKFORD, IL  61108 | | |

|  |  |
|---|---|
| Case filed on: | 5/27/2004 |
| Plan Confirmed on: | 8/6/2004 |

**D Dismissed**

Total funds received and disbursed pursuant to the plan: $5,500.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BRIAN A. HART | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RUTH A. RUSH | 0.00 | 0.00 | 360.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 360.00 | 0.00 |
| 001 | FORD MOTOR CREDIT CORP | 3,637.00 | 3,637.00 | 372.47 | 3,060.18 |
| | Total Secured | 3,637.00 | 3,637.00 | 372.47 | 3,060.18 |
| 001 | FORD MOTOR CREDIT CORP | 7,862.45 | 7,862.45 | 0.00 | 0.00 |
| 002 | ACCOUNT RECOVERY SERVICES INC | 165.90 | 165.90 | 0.00 | 0.00 |
| 003 | ATTORNEY TERRY HOSS & | 61.77 | 61.77 | 0.00 | 0.00 |
| 004 | AXSYS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 581.55 | 581.55 | 0.00 | 0.00 |
| 006 | GREEN BAY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | IHC SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 3,502.51 | 3,502.51 | 0.00 | 0.00 |
| 009 | NICOR GAS | 668.99 | 668.99 | 0.00 | 0.00 |
| 010 | NORTHERN ILLINOIS IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SWEDISH AMERICAN MEDICAL GROUP | 223.00 | 223.00 | 0.00 | 0.00 |
| 019 | UNITED CREDIT SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | RESURGENT CAPITAL SERVICES | 1,010.45 | 1,010.45 | 0.00 | 0.00 |
| 022 | ASPIRE VISA | 738.29 | 738.29 | 0.00 | 0.00 |
| 023 | CAPITAL ONE | 584.84 | 584.84 | 0.00 | 0.00 |
| 024 | MUTUAL MANAGEMENT SERVICES | 626.51 | 626.51 | 0.00 | 0.00 |
| | Total Unsecured | 16,026.26 | 16,026.26 | 0.00 | 0.00 |
| | Grand Total: | 21,027.26 | 21,027.26 | 2,096.47 | 3,060.18 |

| | |
|---|---|
| Total Paid Claimant: | $5,156.65 |
| Trustee Allowance: | $343.35 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                By  /s/Heather M. Fagan